## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANGELA E. COSBY, ET AL. | * | |
| Plaintiffs | * | |
| v. | * | Case No. TDC 19 CV 0249 |
| JOHNSON ENTERPRISES OF ORLANDO, INC., ET AL. | * | |
| | * | |
| Defendants | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### NOTICE OF REMOVAL

Johnson Enterprises of Orlando, Inc., Meunier Enterprises, LLC and Nicholas Vitale, Defendants, by their attorneys, Rodger O. Robertson and The Law Offices of Joseph M. Jagielski, pursuant to the provisions of 28 U.S.C. §1446, hereby remove the action entitled *Angela E. Cosby, et al. v. Johnson Enterprises of Orlando, Inc., et al.,* Civil Case No. 460007V, from the Circuit Court for Montgomery County, Maryland, to the United States District Court for the District of Maryland. The state court shall proceed no further, unless the case is remanded.

### STATEMENT OF GROUNDS FOR REMOVAL

1. The Plaintiff filed her Complaint initiating the state court action in the Circuit Court for Montgomery County, Maryland on December 12, 2018, against Johnson Enterprises of Orlando, Inc., Meunier Enterprises, LLC and Nicholas Vitale, Defendants.

2. The Defendant, Johnson Enterprises of Orlando, Inc. was served on or about January 14, 2019.

3. The Defendant, Meunier Enterprises, LLC was served on January 8, 2019.

4. The Defendant, Nicholas Vitale was served on December 31, 2018.

5.      The Plaintiffs, Angela E Cosby and Louis Cosby, are alleged to be citizens of the State of Maryland.

6.      The Defendant, Johnson Enterprises of Orlando, Inc., is a Florida Corporation and has its principal place of business in the State of Florida at 1823 Thoroughbred Driver, Gotha, Florida 34734.

7.      The Defendant, Meunier Enterprises, LLC, is a Florida Corporation and has its principal place of business in the State of Florida at 1207 East Story Road, Winter Garden, Florida 34787.

8.      The Defendant, Nicolas Vitale, is a Florida citizen residing at 19 Putter Drive, Palm Coast, Florida 32164.

9.      A copy of Plaintiff's Complaint, together with the state court's Writ of Summons, are attached hereto as Exhibits A and B.

10.     The United States District Court for the District of Maryland has jurisdiction of the above-captioned action pursuant to Title 28 § 1332 and 1441 *et seq*. of the United States Code because there is complete diversity of citizenship between the parties and the amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest and costs.

11.     The Defendants have delivered a copy of this Notice of Removal to Counsel for the Plaintiffs and have filed a copy of the Notice of Removal with the Circuit Court for Montgomery County, Maryland.

/s/

Rodger O. Robertson, Esquire
Federal Bar No.:  010374
The Law Offices of Joseph M. Jagielski
**Mailing Address:**
**PO Box 2903**
**Hartford, CT  06104-2903**
7 St. Paul Street
Wells Fargo Building, Suite 1250
Baltimore, MD  21202
443-353-2301 Phone
855-640-5807 Fax
rorobert@travelers.com
*Attorneys for Defendants*
*Johnson Enterprises of Orlando, Inc.,*
*Meunier Enterprises, LLC, and*
*Nicholas Vitale*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of January, 2019, a copy of the foregoing *Notice of Removal* was served mailed first class, postage prepaid, to:  **Allen J. Katz, Esquire**, 315 E Diamond Avenue, Suite 101, Gaithersburg, Maryland  20877, *Attorney for Plaintiffs*.

/s/

Rodger O. Robertson